UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:20-CR-00131-01 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| DEXTER O MAYES (01) | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 123] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 124] and noting the defendant's waiver of objections, the court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Superseding Indictment.

Sentencing is set for September 14, 2023, at 1:30 pm in Lake Charles before the undersigned.

**THUS DONE AND SIGNED** in Chambers on the 24th day of May, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE